# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 16-00022LEK-BMK |
| CASE NAME: | East West Bank, a California commercial bank v. Cuzco Development U.S.A., LLC, et al. |
| ATTYS FOR PLA: | Ted N. Pettit<br>Ryan M. Hamaguchi |
| ATTYS FOR DEFT: | Jason G.F. Wong<br>Jeffery Steven Flores<br>Chuck C. Choi<br>Neil J. Verbrugge<br>David Y. Suh<br>Roy F. Epstein |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C8F |
| DATE: | 5/31/2016 | TIME: | 1:03 - 1:16 p.m. |

COURT ACTION: EP:

Further Hearing on [8] Plaintiff's Motion for Appointment of Receiver held.

Further Rule 16 Scheduling Conference not held.

The Further Hearing on [8] Plaintiff's Motion for Appointment of Receiver and the Further Rule 16 Scheduling Conference are CONTINUED to 6/30/2016 at 10:00 a.m. before Judge Barry M. Kurren.

Currently, Judge Leslie Kobayashi is available on 7/25/2016 to hear dispositive motions. Ted N. Pettit shall contact Judge Kobayashi's Courtroom Manager (Warren Nakamura, 541-1894) as soon as possible, to discuss a hearing date and time.

Roy F. Epstein shall file a Notice of Appearance as soon as possible.

Submitted by kur2, law clerk.