UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| EAST WEST BANK, A CALIFORNIA COMMERCIAL BANK;<br><br>      Plaintiff,<br><br>   vs.<br><br>CUZCO DEVELOPMENT, U.S.A., LLC, A HAWAI'I LIMITED LIABILITY COMPANY; GUNIL KIM, DOO SUP BYUN,  HONOLULU, CITY AND COUNTY OF, STATE OF HAWAII, SOO KYUNG YANG,  JCCHO HAWAII LLC, A HAWAI'I LIMITED LIABILITY COMPANY; JOHN DOES 1-10, JANE DOES 1-10,  DOE CORPORATIONS 1-10,  DOE PARTNERSHIPS 1-10,  DOE ENTITIES 1-10,  DOE GOVERNMENTAL UNITS 1-10, DONG WOO LEE,<br><br>      Defendants. | CIV. NO. 16-00022 LEK-KSC |

**ORDER: REOPENING THE CASE; DISMISSING PLAINTIFF'S COMPLAINT; AND INFORMING THE PARTIES OF THIS COURT'S INCLINATION TO DISMISS THE CROSS-CLAIMS AND THE THIRD-PARTY COMPLAINT AS MOOT**

Plaintiff East West Bank ("Plaintiff") filed its Complaint on January 21, 2016. [Dkt. no. 1.] On February 29, 2016, Defendant JCCHO Hawaii LLC ("JCCHO") filed its answer to the Complaint, with a cross-claim against Defendant Cuzco Development U.S.A., LLC ("Cuzco" and "JCCHO Cross-Claim"). [Dkt. no. 30.] Also on February 29, 2016, JCCHO filed a third-party complaint against Dong Woo Lee ("Lee" and "JCCHO Third-Party

Complaint"). [Dkt. no. 31.] On March 24, 2016, Cuzco filed a cross-claim against JCCHO ("Cuzco Cross-Claim"). [Dkt. no. 41.]

On June 21, 2016, Cuzco filed a Notice of Automatic Stay, based on the proceedings that it initiated in the United States Bankruptcy Court for the District of Hawai`i. [Dkt. no. 73.] The instant case was administratively closed on October 16, 2017. See Minutes - EO: Court Order Administratively Closing Case, filed 10/16/17 (dkt. no. 84). Plaintiff was directed to submit a letter informing this Court when the stay was lifted. [Id.]

On December 29, 2017, Plaintiff filed a Release of Notice of Pendency of Action ("Release"). [Dkt. no. 85.] The Release noted that "the claims in the above-captioned action have been resolved by agreement of the parties." [Id. at 3.] There have been no filings in this case since the filing of the Release.

On March 20, 2024, this Court issued an entering order informing the parties that it was inclined to dismiss the Complaint as moot. [Dkt. no. 86.] No party filed an objection to this Court's inclination. This Court interprets parties' failure to object to this Court's inclination as their agreement that Plaintiff's Complaint is moot in light of the settlement reflected in the Release. This Court therefore REOPENS the case and DISMISSES Plaintiff's Complaint as moot.

2

The Release does not address the JCCHO Cross-Claim, the JCCHO Third-Party Complaint, nor the Cuzco Cross-Claim. Based on JCCHO's and Cuzco's failure to litigate their claims after Plaintiff filed the Release, this Court is inclined to find that the settlement of Plaintiff's claims rendered JCCHO's and Cuzco's claims moot. An order of dismissal will be entered on **April 11, 2024** unless an objection to this inclination is filed by **April 10, 2024**. There will then be no remaining claims in this case, and the case will be closed.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 4, 2024.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**EAST WEST BANK VS. CUZCO DEVELOPMENT, ET AL**; CV 16-00022 LEK-KSC; ORDER:  REOPENING THE CASE; DISMISSING PLAINTIFF'S COMPLAINT; AND INFORMING THE PARTIES OF THIS COURT'S INCLINATION TO DISMISS THE CROSS-CLAIMS AND THE THIRD-PARTY COMPLAINT AS MOOT

3