UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| EAST WEST BANK, A CALIFORNIA COMMERCIAL BANK;<br><br>Plaintiff,<br><br>vs.<br><br>CUZCO DEVELOPMENT, U.S.A., LLC, A HAWAI'I LIMITED LIABILITY COMPANY; GUNIL KIM, DOO SUP BYUN, HONOLULU, CITY AND COUNTY OF, STATE OF HAWAII, SOO KYUNG YANG, JCCHO HAWAII LLC, A HAWAI'I LIMITED LIABILITY COMPANY; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE ENTITIES 1-10, DOE GOVERNMENTAL UNITS 1-10, DONG WOO LEE,<br><br>Defendants. | CIV. NO. 16-00022 LEK-KSC |

**ORDER DISMISSING CROSS-CLAIMS AND THIRD-PARTY COMPLAINT**

Plaintiff East West Bank ("Plaintiff") filed its Complaint on January 21, 2016. [Dkt. no. 1.] On February 29, 2016, Defendant JCCHO Hawaii LLC ("JCCHO") filed its answer to the Complaint, with a cross-claim against Defendant Cuzco Development U.S.A., LLC ("Cuzco" and "JCCHO Cross-Claim"). [Dkt. no. 30.] Also on February 29, 2016, JCCHO filed a third-party complaint against Dong Woo Lee ("Lee" and "JCCHO Third-Party Complaint"). [Dkt. no. 31.] On March 24, 2016, Cuzco filed a cross-claim against JCCHO ("Cuzco Cross-Claim"). [Dkt. no. 41.]

On April 4, 2024, an order was entered that, *inter alia*: dismissed the Complaint based on the settlement of Plaintiff's claims; and informed the parties that the Court was inclined to dismiss the JCCHO Cross-Claim, the JCCHO Third-Party Complaint, and the Cuzco Cross-Claim as moot in light of the settlement of Plaintiff's claims. [Dkt. no. 87.] No objection to the Court's inclination was filed. The Court therefore CONCLUDES that the JCCHO Cross-Claim, the JCCHO Third-Party Complaint, and the Cuzco Cross-Claim are moot and DISMISSES the JCCHO Cross-Claim, the JCCHO Third-Party Complaint, and the Cuzco Cross-Claim.

There being no remaining claims in this case, the Court DIRECTS the Clerk's Office to close this case on **April 29, 2024** unless a timely motion for reconsideration of this Order is filed.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 12, 2024.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**EAST WEST BANK VS. CUZCO DEVELOPMENT, ET AL; CV 16-00022 LEK-KSC; ORDER DISMISSING CROSS-CLAIMS AND THIRD-PARTY PLAINTIFF**